# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DANIELLE ALTMAN,** | ) | CASE NO. 5:22-CV-01546 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE DARRELL A. CLAY |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,** | ) ) ) | **OPINION AND ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION** |
| Defendant. | ) | |

On September 1, 2022, Plaintiff Danielle Altman filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny her application for Disability Insurance Benefits and Supplemental Security Income. (ECF No. 1). On July 7, 2023, Magistrate Judge Darrell A. Clay recommended that the Court AFFIRM the final decision of the Commissioner. (ECF No. 11).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a report and recommendation within fourteen (14) days after service. As of July 24, 2023, neither party has filed any objections.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the Report and Recommendation to which the parties have objected. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt a Report and Recommendation without further review.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, incorporating it fully herein by reference, and **AFFIRMS** the final decision of the Commissioner.

**IT IS SO ORDERED.**

Date:    July 27, 2023

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**